**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ZAHAR OMAR KHAMIS BIN HAMDOUN,** | **:** | |
| | **:** | |
| **Petitioner,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 05-280 (GK)** |
| | **:** | |
| **BARACK OBAMA,** *et al.*, | **:** | |
| | **:** | |
| **Respondents.** | **:** | |

## ORDER

Upon consideration of Petitioner Zahir Omar Khamis Bin Hamdoun's (ISN 576) Response

to the Court's February 18, 2010, Order to Show Cause, and Respondents' Reply thereto, it is hereb7

**ORDERED**, that Petitioner's Petition for Writ of Habeas Corpus is **dismissed without**

**prejudice.**


March 24, 2010                          /s/
                                        Gladys Kessler
                                        United States District Judge